UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TWDARRYL TONEY** | **CIVIL ACTION** |
| versus | **NO. 15-933** |
| **ROBERT TANNER** | **SECTION: "N" (3)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion[1]. Accordingly,

**IT IS ORDERED** that the Writ of Mandamus filed by **Twdarryl Toney** is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 9th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court noticed a typographical error on the first page of the Report and Recommendation. The first sentence of the second paragraph should read, "Despite his use of the § 2254 form, petitioner does not appear to be seeking federal *habeas corpus* relief, in that he does *not* expressly challenge the validity of either his conviction or sentence." The Court hereby adopts the Report and Recommendation as corrected herein.